UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA ARAUCO MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No. 1:26-cv-00627-KES-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 15, 18 |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2026, the assigned magistrate judge issued findings and recommendations that recommended denying the first amended petition. Doc. 18. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 7. The parties were advised that failure to file objections within the specified time may result in the waiver of rights. *Id.* To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court **ORDERS**:

1. The findings and recommendations issued on June 18, 2026, Doc. 18, are **ADOPTED** in full.

2. The first amended petition for writ of habeas corpus, Doc. 15, is **DENIED**.

3. The Clerk of Court is directed to close the case.


IT IS SO ORDERED.

Dated:    July 14, 2026

_____
UNITED STATES DISTRICT JUDGE

2